820

*Solicitor General Raum, Assistant Attorney General Mc-Inerney, Robert S. Erdahl* and *Felicia H. Dubrovsky* for respondent. 

No. 143. MARINE MAINTENANCE CORP. *v.* McGLYNN, TRUSTEE. C. A. 3d Cir. Certiorari denied. *Thomas P. Mesick* for petitioner. *Aaron Lasser* for respondent. 

No. 144. HONOLULU PLANTATION Co. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *C. Nils Tavares* for petitioner. *Acting Solicitor General Raum, Assistant Attorney General Vanech* and *Roger P. Marquis* for the United States. 

No. 148. WATCHTOWER BIBLE & TRACT SOCIETY, INC. *v.* COUNTY OF LOS ANGELES ET AL. C. A. 9th Cir. Certiorari denied. *Hayden C. Covington* for petitioner. *Harold W. Kennedy* for respondents. 

No. 149. OHIO EX REL. GREISIGER ET AL. *v.* GRAND RAPIDS BOARD OF EDUCATION ET AL. Supreme Court of Ohio. Certiorari denied. *Hayden C. Covington* for petitioners. *Martin L. Hanna* for respondents.

No. 150. TRAILMOBILE COMPANY *v.* BRITT ET AL. C. A. 6th Cir. Certiorari denied. *Morison R. Waite* and *Philip J. Schneider* for petitioner. *Solicitor General Perlman* filed a memorandum stating that respondents (represented by the Government as statutory counsel) do not oppose the granting of the petition. 

No. 151. TEXAS & NEW ORLEANS RAILROAD Co. *v.* FLETCHER L. YARBROUGH & Co. Court of Civil Appeals